# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander Flores,<br><br>               Plaintiff,<br><br>vs.<br><br>Bashas' Incorporated,<br><br>               Defendant. | No. CV-21-00504-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 17) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 4th day of August, 2021.

Honorable Steven P. Logan
United States District Judge